**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **RODRIGO RUBIRA BRANCO,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MARKWAYNE MULLIN, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; JOSEPH B. EDLOW, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES; AND FIELD OFFICE DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, DALLAS FIELD OFFICE;**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 4:26-CV-00977-JCB** |

## ORDER

On July 31, 2026, Plaintiff Rodrigo Branco brought this action pursuant to the Administrative Procedure Act (APA) 5 U.S.C. § 701, *et seq*. (Doc. No. 1.) Plaintiff brings this action against Markwayne Mullin, the Secretary of Homeland Security in his official capacity, Joseph B. Edlow, the Director of U.S. Citizenship and Immigration Services (USCIS) in his official capacity, and the Field Officer Director of the Dallas Field Office of USCIS. When initiating a civil action, the plaintiff must make proper service of the summons and complaint for all defendants. Fed. R. Civ. P. 4. Special rules for service of process apply when the defendant is the United States, its agencies, corporations, officers, or employees. Fed. R. Civ. P. 4(i). Specifically, when suing an agency of the United States and a United States officer or employee, the plaintiff must serve the United States, in addition to serving both the agency and the officer or employee. Fed. R. Civ. P. 4(i)(2). Serving the United States requires two steps. First, the plaintiff must either:

(1) "deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk," or alternatively (2) "send a copy of [both the summons and complaint] by registered or certified mail to the civil-process clerk at the United States attorney's office." Fed. R. Civ. P. 4(i)(1). Second, the plaintiff must also, "send a copy of [both the summons and complaint] by registered or certified mail to the Attorney General of the United States at Washington, D.C." *Id.*

Here, Plaintiff has requested that summons be issued as to Defendants and the Clerk has issued summons, but Plaintiff has not yet filed any returns of executed summons. (Doc. Nos. 3, 4.) Service of process was to be executed by no later than November 2, 2026 in this action. *See* Fed. R. Civ. P. 4(m). While it is possible that Plaintiff has completed service, the court has no record of it, and the timeframe for service has passed. Accordingly, it is **ORDERED** that Plaintiff has **30 days** from the issuance of this order to file proof of service as to Defendants. Failure to comply with this order and timely execute service may warrant dismissal of Defendants from this action.

**So ORDERED and SIGNED this 10th day of November, 2026.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE